JS-6

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| SHADI NASSEREDDINE, an individual, | Case No: 8:24−cv−02115−JWH−AS |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING DISMISSAL WITH PREJUDICE [F.R.C.P. 41(A)(1)]** |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, a corporation; TERESA DOBBINS, an individual; and DOES 1 to 20, inclusive, | Pre-trial conf: October 31. 2025 Trial: November17, 2025 |
| Defendants. | |

-1-

**ORDER GRANTING DISMISSAL WITH PREJUDICE**

1  Having reviewed the stipulation submitted by Plaintiff Shadi Nassereddine
2  and Defendants Wells Fargo Bank, National Association and Teresa Dobbins
3  (collectively "the parties") requesting that the above-captioned action be dismissed,
4  with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2) with
5  each party to bear their own costs and attorneys' fees, it is hereby **ORDERED** that
6  the above-captioned action is **DISMISSED, with prejudice**, with each party to
7  bear her or its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATE: _____August 25_____, 2025

_____
Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE